

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. WR-79,472-01

### EX PARTE DUSTY GUS HERNANDEZ, Applicant

### ORDER PURSUANT TO TEXAS RULE OF
### APPELLATE PROCEDURE 9.10

**Per curiam.**

### <u>ORDER</u>

This cause is before this Court on application for writ of habeas corpus from trial court case number CR33037A in the 238th District Court of Midland County.

Pursuant to Texas Rule of Appellate Procedure 9.10(c), the Clerk has identified sensitive data or sealed material in the record and the parties have been notified. Therefore, pursuant to Rule 9.10(f) the following records are ordered sealed or redacted. The trial court clerk, court of appeals or any entity possessing these documents shall seal or redact the documents pursuant to this order.

<u>List documents or exhibits.</u>

The following records contain the name of the complainant who was a minor. TEX. CODE CRIM. PROC. art 57.02(h)

Redact Names of minors in the following records or documents:

Clerk's Record (Writ)

"Objections to Court's order on Applicant Application for Postconviction Writ of Habeas Corpus Adopting the State's Proposed Order"

Clerk's Record (from direct appeal)

"State's Proposed order on Applicant's Application for Postconviction Writ of Habeas Corpus"

Reporter's Record (February 9, 2009 - February 11, 2009)

Reporter's Record (August 16, 2013)


Filed: October 29, 2014

Do not publish



**SHARON KELLER**
PRESIDING JUDGE

**LAWRENCE MEYERS**
**TOM PRICE**
**PAUL WOMACK**
**CHERYL JOHNSON**
**MIKE KEASLER**
**BARBARA P. HERVEY**
**CATHY COCHRAN**
**ELSA ALCALA**
JUDGES

# COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

**ABEL ACOSTA**
CLERK
(512) 463-1551

**SIAN SCHILHAB**
GENERAL COUNSEL
(512) 463-1600

October 29, 2014

Robert Udashen
2311 Cedar Springs Rd.
Suite 250
Dallas, TX 75201
* DELIVERED VIA E-MAIL *

District Attorney Midland County
500 N. Loraine St.
Midland, TX 79701
* DELIVERED VIA E-MAIL *

11th Court Of Appeals Clerk
Sherry Williamson
P. O. BOX 271
Eastland, TX 76448
* DELIVERED VIA E-MAIL *

District Clerk Midland County
Ross Bush
500 N. Loraine Suite 300
Midland, TX 79701
* DELIVERED VIA E-MAIL *

Dusty Gus Hernandez
Coffield Unit - TDC #1562435
2661 FM 2054
Tennessee Colony, TX 75884

**Re:** Hernandez, Dusty Gus
**CCA No.** WR-79,472-01
**Trial Court Case No.** CR33037A

**COA No.** 11-09-00065-CR

Dear Mr. Udashen:

This letter is to serve notice, pursuant to Texas Rules of Appellate Procedure 9.10(c), that the Court has identified sensitive data or items that have been determined should be sealed in the above referenced case. The items are listed in the Court's order which is enclosed herewith.

Comments or objections to the Court's order are due within 10 days of the date of the order.

Sincerely,

Abel Acosta, Clerk

SUPREME COURT BUILDING, 201 WEST 14TH STREET, ROOM 106, AUSTIN, TEXAS 78701
WEBSITE WWW.TXCOURTS.GOV/CCA.ASPX